# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of ) | ORDER OF DISBARMENT / |
| ATTORNEY DISCIPLINE ACTIONS ) | SUSPENSION |
| ) | |

On March 12, March 18, and March 19, 2013, the Court issued a number of Orders to Show Cause why certain attorneys should not be disbarred or suspended from the Bar of this Court, pursuant to Local Rule 83-3.2, as a result of their disbarment or suspension by the State Bar or Supreme Court of California, resignation from the State Bar with charges pending, or enrollment as an involuntary inactive member of the State Bar with cases pending in this Court. Written responses to these Orders to Show Cause were due thirty days from the date the Orders were issued. The Court has not received a response from the attorneys listed in Attachment A to this Order, except as may be noted there.

IT IS THEREFORE ORDERED that the attorneys listed in Attachment A to this Order are, as indicated there, suspended or disbarred from the practice of law in this Court pursuant to Local Rule 83-3.2.1.

As provided by Local Rule 83-3.2.4, an attorney suspended or disbarred by this Order who provides proof of his or her reinstatement as an active member in

good standing with the State Bar will be reinstated to the Bar of this Court.

An attorney registered to use the Court's Electronic Case Filing System (ECF) who is suspended or disbarred by this Court will not have access to file documents electronically until the attorney is reinstated to the Bar of this Court.

Date: May 1, 2013

_____
CHIEF UNITED STATES DISTRICT JUDGE

# ATTACHMENT A

Attorneys with active cases pending in this Court as of the date of this Order are marked with an asterisk (*), and the names of those cases appear below.

Attorneys **disbarred** from the Bar of this Court:

1. Theresa Marie Erickson, #197830, Case No. 13-mc-00060 GHK
2. Eric Jon Prosser, #185726, Case No. 13-mc-00061 GHK
3. Melchor Eduardo Quevedo, #103144, Case No. 13-mc-00062 GHK
4. Colbern Cox Stuart III, #177897, Case No. 13-mc-00063 GHK
5. David Robert Endres, #123564, Case No. 13-mc-00074 GHK
6. William Maurice Feldman, #89222, Case No. 13-mc-00070 GHK
7. Stephen Randall Harris, #64176, Case No. 13-mc-00071 GHK
8. Roy Earnest Peterson, #153455, Case No. 13-mc-00082 GHK
9. Eirene Alvarez Anthony, #107511, Case No. 13-mc-00084 GHK
10. Peter Jason Cabbiness, #185376, Case No. 13-mc-00087 GHK
11. †Davide Golia, #118464, Case No. 13-mc-00088 GHK

    †*Submitted response stating he did not oppose this Court's discipline.*
12. John Mark Heurlin, #119899, Case No. 13-mc-00090 GHK
13. Randall Kemp Rupp, #165774, Case No. 13-mc-00091 GHK
14. John St. John, #54642, Case No. 13-mc-00094 GHK
15. Albert Francis Quintrall, #58066, Case No. 13-mc-00098 GHK
16. Thomas James Wallace, #220396, Case No. 13-mc-00100 GHK
17. Daniel Patrick Willsey, #143772, Case No. 13-mc-00101 GHK
18. Susana Ragos Chung, #177006, Case No. 13-mc-00103 GHK
19. Steven Patrick Mancuso, #218585, Case No. 13-mc-00104 GHK
20. Enid Grace Ballantyne, #84279, Case No. 13-mc-00111 GHK
21. Wyman Patrick Berryessa, #196843, Case No. 13-mc-00113 GHK

3

22.  John Michael Harrison, #144964, Case No. 13-mc-00116 GHK

Attorneys **suspended** from the Bar of this Court:

1.  Benjamin Emil Herron, #249172, Case No. 13-mc-00064 GHK
2.  Carla Ruth McBeath, #106047, Case No. 13-mc-00065 GHK
3.  Russell Robert Ruiz, #123414, Case Nos. 13-mc-00066 GHK, 13-mc-00099 GHK
4.  Kelly E. D. Giles, #144113, Case No. 13-mc-00067 GHK
5.  John Joseph Leonard, #232040, Case No. 13-mc-00068 GHK
6.  John Martin Sinasohn, #82861, Case No. 13-mc-00069 GHK
7.  Adam Ranald Fairbairn, #168204, Case No. 13-mc-00075 GHK
8.  Gregory Glen Gorman, #132724, Case No. 13-mc-00077 GHK
9.  David Greenwald, #129247, Case No. 13-mc-00078 GHK
10. Paul David Inman, #102254, Case No. 13-mc-00079 GHK
11. Fari Bari Nejadpour, #216925, Case No. 13-mc-00080 GHK
12. Brett Alexander Pedersen, #146341, Case No. 13-mc-00081 GHK
13. Brian Lee Andenoro, #182083, Case No. 13-mc-00083 GHK
14. *James Adam Burton, #149253, Case No. 13-mc-00086 GHK
    *Andrew Mattle v. United States of America*, Case No. 12-cv-10157 JFW (FFMx)
15. Arthur Greenspan, #150216, Case No. 13-mc-00089 GHK
16. Dennis Martin Russell, #118253, Case No. 13-mc-00092 GHK
17. Nathan Mark Shilberg, #178212, Case No. 13-mc-00093 GHK
18. Dionne Mateos, #205959, Case No. 13-mc-00095 GHK
19. James Allan Nations, #229219, Case No. 13-mc-00096 GHK
20. Paul Randall Bartleson, #119273, Case No. 13-mc-00102 GHK
21. Leonard Julius Sawyer, #259068, Case No. 13-mc-00105 GHK
22. Jenny Scovis, #87026, Case No. 13-mc-00106 GHK

| | | |
|---|---|---|
| 1 | 23. | Robert S. Tabachnick, #147646, Case No. 13-mc-00107 GHK |
| 2 | 24. | Judy Lee Beres, #210161, Case No. 13-mc-00112 GHK |
| 3 | 25. | William Willis Blackwell, #81448, Case No. 13-mc-00114 GHK |
| 4 | 26. | Drew Allan Cicconi, #83202, Case No. 13-mc-00115 GHK |
| 5 | 27. | Andrew Pierce Mullaly, #185716, Case No. 13-mc-00117 GHK |
| 6 | 28. | Andrew MacLaren Stewart, #204170, Case No. 13-mc-00118 GHK |